■ In the Matter of ALBERT RICE, JR., Respondent, v STATE LIQUOR AUTHORITY et al., Appellants.—Appeal from a judgment of the Supreme Court, Westchester County, entered January 16, 1976, which (1) annulled the determination of the appellant State Liquor Authority, dated October 29, 1975 and made after a hearing, and (2) directed the issuance of a special on-premises liquor license to petitioner. Judgment reversed, on the law, without costs or disbursements, determination confirmed and proceeding dismissed on the merits. No fact findings were presented for review. The authority's determination has a rational basis. In view of the history of the premises in question, there is a rational basis—based upon the proposed method of operation, the inexperience of petitioner and the limited supervision which he can provide—for the authority's determination. Hopkins, Acting P. J., Martuscello, Cohalan, Rabin and Shapiro, JJ., concur.

■ In the Matter of DELORIS SMITH, Respondent, v CHARLES WILLIAMS, Appellant.—The attorneys for the parties, and appellant, on this appeal from an order of the Family Court, Orange County, dated January 19, 1976, have agreed, after a conference held before Hon. Harry Gittleson on March 11, 1976, that the appeal be withdrawn, and that a prior order of the said court, dated June 20, 1974, be modified pursuant to a certain stipulation. In accordance with the foregoing, it is ordered that (1) the appeal be deemed withdrawn, without costs or disbursements; (2) the order of the Family Court, Orange County, dated June 20, 1974, is modified by reducing the support payments provided therein from $20 per week to $10 per week, effective March 11, 1976; and (3) a hearing be had in the Family Court for the purpose of fixing appellant's visitation rights. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.